United States District Court
Eastern District of New York

1:18-cv-02022-NGG-RML

Anhony Medina individually and on behalf of all others similarly situated

Plaintiff

- against -

Notice of Appearance

That's It Nutrition, LLC

Defendant

PLEASE TAKE NOTICE that the undersigned is admitted or otherwise authorized to practice in this court, appears in the above-referenced action for plaintiff and requests that all notices given or required be served at the address indicated below except where otherwise permitted by ECF.

Dated:   April 25, 2018

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
EDNY Bar Number SS-8533
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

1:18-cv-02022-NGG-RML
United States District Court
Eastern District of New York

Anhony Medina individually and on behalf of all others similarly situated

Plaintiff

- against -

That's It Nutrition, LLC

Defendant

## Notice of Appearance

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  April 25, 2018

/s/ Spencer Sheehan
Spencer Sheehan