| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:18-cv-02022-NGG-RML |
| Anthony Medina, individually and on behalf of all others similarly situated<br>      Plaintiffs<br><br>    - against -<br><br>That's It Nutrition, LLC<br>      Defendant | Notice of Voluntary Dismissal With Prejudice<br>Solely as to Plaintiff Anthony Medina |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Anthony Medina by and through the undersigned hereby voluntarily dismisses, with prejudice any and all claims against defendant and releases any and all claims against defendant, solely as to himself Plaintiff Anthony Medina and not as to Plaintiff Freddie Jamison.

Dated: July 9, 2018

                         Respectfully submitted,

                         Sheehan & Associates, P.C.

                         /s/Spencer Sheehan
                         Spencer Sheehan
                         EDNY Bar Number SS-8533
                         891 Northern Blvd., Ste. 201
                         Great Neck, NY 11021
                         Tel:  (516) 303-0552
                         Fax: (516) 234-7800
                         spencer@spencersheehan.com

1:18-cv-02022-NGG-RML
United States District Court
Eastern District of New York

Anthony Medina and Freddie Jamison, individually and on behalf of all others similarly situated

Plaintiff

- against -

That's It Nutrition, LLC

Defendant

# Notice of Voluntary Dismissal With Prejudice
## Solely as to Plaintiff Anthony Medina

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  July 9, 2018

/s/ Spencer Sheehan
Spencer Sheehan