United States District Court
Eastern District of New York        1:18-cv-2022-NGG-RML

Anthony Medina, Freddie Jamison,
individually and on behalf of all others
similarly situated

                        Plaintiffs

            - against -

That's It Nutrition, LLC

                        Defendant

Notice of Voluntary Dismissal With Prejudice
Solely as to Plaintiff Anthony Medina

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Anthony Medina by and through the undersigned hereby voluntarily dismisses, with prejudice any and all claims against defendant and releases any and all claims against defendant, solely as to himself Plaintiff Anthony Medina and not as to Plaintiff Freddie Jamison.

Dated:   July 10, 2018

                                                         Respectfully submitted,

                                                         Sheehan & Associates, P.C.
                                                         /s/Spencer Sheehan
                                                         Spencer Sheehan
                                                         891 Northern Blvd., Suite 201
                                                         Great Neck, NY 11021
                                                         Tel: (516) 303-0552
                                                         spencer@spencersheehan.com

1:18-cv-2022-NGG-RML
United States District Court
Eastern District of New York

Anthony Medina, Freddie Jamison, individually and on behalf of all others similarly situated

                                      Plaintiffs

    - against -

That's It Nutrition, LLC
                                      Defendant

## Notice of Voluntary Dismissal With Prejudice
## Solely as to Plaintiff Anthony Medina

Sheehan & Associates, P.C.
891 Northern Blvd., #201
Great Neck, NY 11021
Tel: (516) 303-0052
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: July 10, 2018                                                          /s/ Spencer Sheehan
                                                                             Spencer Sheehan