United States District Court
Eastern District of New York                                   1:18-cv-2022-NGG-RML

Anthony Medina, Freddie Jamison,
individually and on behalf of all others
similarly situated

                            Plaintiffs

            - against -

That's It Nutrition, LLC

                            Defendant

Notice of Voluntary Dismissal of Action
With Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Freddie Jamison by and through the undersigned, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: July 12, 2018

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
891 Northern Blvd., Suite 201
Great Neck, NY 11021
Tel: (516) 303-0552
spencer@spencersheehan.com

1:18-cv-2022-NGG-RML
United States District Court
Eastern District of New York

Anthony Medina, Freddie Jamison, individually and on behalf of all others similarly situated

Plaintiffs

- against -

That's It Nutrition, LLC

Defendant

# Notice of Voluntary Dismissal of Action
# With Prejudice

Sheehan & Associates, P.C.
891 Northern Blvd., #201
Great Neck, NY 11021
Tel: (516) 303-0052
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: July 12, 2018                                                                  /s/ Spencer Sheehan
                                                                                                    Spencer Sheehan