United States District Court
Eastern District of New York

1:18-cv-2022-NGG-RML

| Anthony Medina, Freddie Jamison, individually and on behalf of all others similarly situated |
|---|
| Plaintiffs |
| - against - |
| That's It Nutrition, LLC |
| Defendant |

Notice of Voluntary Dismissal of Action
With Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Freddie Jamison by and through the undersigned, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated: July 12, 2018

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
891 Northern Blvd., Suite 201
Great Neck, NY 11021
Tel: (516) 303-0552
spencer@spencersheehan.com

s/Nicholas G. Garaufis
7/17/18